**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Marquita Lashawn Butler**
5020 Duval Point Way
Snellville, GA 30039

xxx−xx−5653

Case No.: **19−61085−jwc**
Chapter: **13**

## NOTICE TO CHAPTER 13 DEBTOR
## REGARDING DOMESTIC SUPPORT OBLIGATIONS

    If you **now** have a domestic support obligation (an obligation to pay alimony, maintenance or support of your spouse, former spouse, child or parent of your child (see 11 U.S.C. § 101(14A) for further explanation)) or if during this case, a domestic support obligation is imposed upon you then, **in order to receive your discharge,** you must be current (up−to−date) on all the payments for your domestic support obligation that:(1) came due **before** you filed your bankruptcy petition and your Chapter 13 plan required you to pay, and (2) came due **after** you filed your bankruptcy petition. See 11 U.S.C. § 1328(a). Before you receive your discharge you will be required to certify under penalty of perjury that payments on your domestic support obligations are up−to−date by filing a *Debtor's 11 U.S.C. § 1328 certificate.* The Chapter 13 Trustee will provide a copy of this Certificate after you have completed all payments on your confirmed Plan. **IF YOU DO NOT FILE THIS CERTIFICATE YOU WILL NOT RECEIVE A DISCHARGE AND THE CASE WILL BE CLOSED.**

    This Notice will be served upon Debtor and counsel for Debtor.

March 18, 2020
Date

M. Regina Thomas
Clerk of Court
U. S. Bankruptcy Court

Form 427

```
                        United States Bankruptcy Court
                         Northern District of Georgia
```

In re:                                                              Case No. 19-61085-jwc
Marquita Lashawn Butler                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: shieldsj          Page 1 of 1          Date Rcvd: Mar 18, 2020
                              Form ID: 427            Total Noticed: 1

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
db             +Marquita Lashawn Butler,    5020 Duval Point Way,    Snellville, GA 30039-7623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
              Bryce R. Noel    on behalf of Creditor    PennyMac Loan Services, LLC ecfganb@aldridgepite.com,
               bnoel@ecf.inforuptcy.com
              Nancy J. Whaley    ecf@njwtrustee.com
                                                                                             TOTAL: 2
```