

**IT IS ORDERED as set forth below:**

Date: January 28, 2021

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-61085-JWC |
| MARQUITA LASHAWN BUTLER, | CHAPTER 7 |
| Debtor. | |
| PENNYMAC LOAN SERVICES, LLC, | |
| Movant, | |
| v. | CONTESTED MATTER |
| MARQUITA LASHAWN BUTLER, Debtor NANCY J. WHALEY, Trustee, | |
| Respondent(s). | |

## **ORDER**

**THIS MATTER** is before the Court on the Motion for Relief from the Automatic Stay (Doc. No. 47) (the "Motion") filed by PennyMac Loan Services, LLC ("Movant") on September 23, 2020.  On January 28, 2020, the Court held a hearing on the Motion at which Movant's counsel

appeared and Debtor appeared pro se. Having considered the Motion, the arguments of counsel and Debtor at the hearing, and the record in this Bankruptcy Case, for the reasons stated on the record at the hearing, it is hereby,

**ORDERED** that the hearing on the Motion be continued to February 11, 2021 at 10:00 a.m.

**IT IS FURTHER ORDERED** that Movant provide the necessary reinstatement information including the applicable per diem rate, any additional fees or costs, and appropriate contact information to Debtor by the end of the business day on February 2, 2021.

The Clerk's Office is directed to serve a copy of this Order upon Debtor, the Chapter 7 Trustee, Movant, Movant's Counsel, and all parties on the mailing matrix.

**END OF DOCUMENT**